December 11, 2014



# JUGMENT

# The Fourteenth Court of Appeals

SUNTRUST BANK, Appellant

NO. 14-13-00756-CV                    V.

WARREN E. FLANAGAN, Appellee
_____

This cause, an appeal from the judgment in favor of appellant, SunTrust Bank, signed May 28, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, SunTrust Bank, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.